# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

CHRIS J. JACOBS, III,
       Plaintiff

      v.                            CASE NUMBER: 04-C-725

MATTHEW J. FRANK,
       Defendant

☐     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒     **Decision by Court.** This action came before the Court. The issues have been tried or heard and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that the defendant's motion for summary judgment (Docket #66) is **GRANTED**.

      **IT IS FURTHER ORDERED** that the Clerk of Court enter judgment dismissing the plaintiff's claims and this action.

    September 6, 2006                                        SOFRON B. NEDILSKY
Date                                                                  Clerk

                                                                         s/ Rudolph T. Randa
                                                                         (By) Deputy Clerk